IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:13cr28-MHT |
| ALEJANDRO CRUZ-ROMERO | ) | (WO) |

OPINION AND ORDER

Defendant Alejandro Cruz-Romero moved this court to suppress (1) evidence of items recovered during the search of the trailer in which Cruz-Romero was arrested and (2) evidence relating to a photographic lineup identification. The United States Magistrate Judge recommended denying the motion insofar as it addressed the second category of evidence. Cruz-Romero does not object to that aspect of the magistrate judge's recommendation. After an independent and de novo review of the record, the court today adopts the magistrate judge's recommendation in that regard. As for the first category of evidence, the court reserves a ruling as to that aspect of the magistrate judge's recommendation.

***

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. No. 42) is adopted insofar as it relates to evidence involving a photographic lineup identification. To the extent that the recommendation relates to evidence of items recovered during the search of the trailer in which defendant Alejandro Cruz-Romero was arrested, the court reserves a ruling.

(2) Defendant Cruz-Romero's motion to suppress (Doc. No. 33) is denied insofar as it relates to evidence involving a photographic lineup identification. To the extent that the motion relates to evidence of items recovered during the search of the trailer in which defendant Cruz-Romero was arrested, the court reserves a ruling.

DONE, this the 10th day of July, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE